## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**KELLY M. HEBERT**                                        **CIVIL ACTION**

**VERSUS**                                                      **NO. 10-145**

**MICHAEL J. ASTRUE, COMMISSIONER**             **SECTION "C" (2)**
**OF SOCIAL SECURITY ADMINISTRATION**

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and Plaintiff's objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Plaintiff's objections only relate to the Social Security Administration's approval of her subsequent applications for disability benefits, which were filed after the ALJ's ruling appealed in this case. (Rec. Doc. 19). Moreover, the Social Security Administration's approval of Plaintiff's subsequent applications only find her disabled starting from the day after the ALJ's decision. Finally, Plaintiff points to no error in the Magistrate's Findings and Recommendation, nor can this Court find any such error.

Accordingly,

IT IS ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 17th day of December, 2010.

UNITED STATES DISTRICT JUDGE